UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff

vs.

*Octavio Ruiz - Gomez, et al;*

    Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO. *08CR0895-W*

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Mauricio Sanchez - Contreras*

DATED: *4/3/08*

**ANTHONY J. BATTAGLIA**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____

    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____

    **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082