UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08cr 895-W |
| Plaintiff ) | CRIMINAL NO. 08mj798 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| OCTAVIO RUIZ-GOMEZ, ) | |
| Defendant(s) ET AL ) | Booking No. |

On order of the United States District/Magistrate Judge,  **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**)/ Case Disposed / Order of Court).

JOSE LUIS CRUZ QUINONES

DATED: 4/7/08

RECEIVED _____ / DUSM

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk