| | |
|---|---|
| 1 | CAROLYN L. OLIVER |
|   | California Bar No. 144750 |
| 2 | LAW OFFICES OF CAROLYN L. OLIVER |
|   | 7825 Fay Avenue, Suite 200 |
| 3 | La Jolla, CA 92037 |
|   | Telephone: (858) 456-3572 |
| 4 | Facsimile:  (858) 536-5903 |

5  Attorney for Defendant JORGE AMES BARR

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08-CR-0895-W |
| | ) | |
| Plaintiff, | ) | **NOTICE OF MOTION AND** |
| v. | ) | **MOTION FOR DISCOVERY AND** |
| | ) | **FOR LEAVE TO FILE FURTHER** |
| | ) | **MOTIONS** |
| JORGE AMES BARR, | ) | |
| | ) | Date:     May 12, 2008 |
| Defendant. | ) | Time:     2:00 p.m. |
| | ) | |

TO:   PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEY OF

       RECORD, KAREN HEWITT, UNITED STATES ATTORNEY FOR THE

       SOUTHERN DISTRICT OF CALIFORNIA

   Please take notice that at the above designated time and place, defendant JORGE AMES BARR will move the court for an order compelling  discovery in the instant case with respect to the items set forth in the attached memorandum of law, based upon the constitutional, statutory, and judicial authorities cited herein.  Defense counsel will further move the court for leave to file further motions herein as may be warranted by discovery materials produced in the case.

///

///

///

///

1 | Said motion is based upon the instant notice of motion, the attached memorandum of
2 | law, and on such evidence and argument as may be presented at the hearing on the motion.
3 | Dated: April 28, 2008          Respectfully submitted,
4 |                                 /s/  Carolyn L. Oliver
  |                                CAROLYN L. OLIVER
5 |                                Attorney for Defendant JORGE AMES BARR
  |                                coliver1@san.rr.com
6 |
  | 1:\Oliver\Barr.Disc-Not
7 |