```
 1  CAROLYN L. OLIVER
    California Bar No. 144750
 2  LAW OFFICES OF CAROLYN L. OLIVER
    7825 Fay Avenue, Suite 200
 3  La Jolla, CA 92037
    Telephone: (858) 456-3572
 4  Facsimile:  (858) 536-5903

 5  Attorney for Defendant JORGE AMES BARR

 6

 7
                       UNITED STATES DISTRICT COURT
 8                    SOUTHERN DISTRICT OF CALIFORNIA
                        (HON. THOMAS J. WHELAN)
 9

10  UNITED STATES OF AMERICA,         )   Case No.  08-CR-0895-W
                                      )
11              Plaintiff,            )   NOTICE OF MOTION AND
    v.                                )   MOTION FOR DISCOVERY AND
12                                    )   FOR LEAVE TO FILE FURTHER
                                      )   MOTIONS
13  JORGE AMES BARR,                  )
                                      )   Date:   May 12, 2008
14              Defendant.            )   Time:   2:00 p.m.
                                      )
15  _____

16  TO:  PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEY OF

17       RECORD, KAREN HEWITT, UNITED STATES ATTORNEY FOR THE

18       SOUTHERN DISTRICT OF CALIFORNIA

19       Please take notice that at the above designated time and place, defendant JORGE

20  AMES BARR will move the court for an order compelling  discovery in the instant case with

21  respect to the items set forth in the attached memorandum of law, based upon the

22  constitutional, statutory, and judicial authorities cited herein.  Defense counsel will further

23  move the court for leave to file further motions herein as may be warranted by discovery

24  materials produced in the case.

25  ///

26  ///

27  ///

28  ///
```

1       Said motion is based upon the instant notice of motion, the attached memorandum of

2 law, and on such evidence and argument as may be presented at the hearing on the motion.

3 Dated: April 28, 2008          Respectfully submitted,

4                       /s/ Carolyn L. Oliver
                      CAROLYN L. OLIVER

5                       Attorney for Defendant JORGE AMES BARR
                      coliver1@san.rr.com

6 1:\Oliver\Barr.Disc-Not