| | |
|---|---|
| 1 | CAROLYN L. OLIVER |
| | California Bar No. 144750 |
| 2 | LAW OFFICES OF CAROLYN L. OLIVER |
| | 7825 Fay Avenue, Suite 200 |
| 3 | La Jolla, CA 92037 |
| | Telephone: (858) 456-3572 |
| 4 | Facsimile:  (858) 536-5903 |

Attorney for Defendant JORGE AMES BARR

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.  08-CR-0895-W |
|                                                           ) | |
|                         Plaintiff,        ) | **EXPARTE APPLICATION FOR AN** |
| v.                                                     ) | **ORDER AUTHORIZING INTERIM** |
|                                                           ) | **PAYMENTS TO ATTORNEY** |
|                                                           ) | **UNDER THE CRIMINAL JUSTICE** |
| JORGE AMES BARR,                   ) | **ACT, AND REQUEST TO SEAL** |
|                                                           ) | |
|                         Defendant.     ) | |
|                                                           ) | |

   Carolyn L. Oliver, attorney for defendant Jorge Ames Barr, hereby requests an order permitting interim billing under the Criminal Justice Act due to the effect of the economic realities of this case as stated in the attached declaration.

Date: July 15, 2008            Respectfully submitted,

                                            *s/*Carolyn Oliver
                                            CAROLYN L. OLIVER
                                            Attorney for Defendant
                                            JORGE AMES BARR
                                            coliver1@san.rr.com

1:\Oliver\Barr.xparte-appl 071508.wpd

08-CR-0895-W

CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading:

**EXPARTE APPLICATION FOR AN ORDER AUTHORIZING INTERIM PAYMENTS TO ATTORNEY UNDER THE CRIMINAL JUSTICE ACT, AND REQUEST TO SEAL; DECLARATION IN SUPPORT OF REQUEST FOR INTERIM CJA ATTORNEY PAYMENT; ORDER**

is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE 08-CR0895-W**

1.   **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

efile@usdoj.gov


Date:  July 15, 2008            /s/ Carolyn Oliver
                                CAROLYN L. OLIVER
                                Attorney for Defendant
                                JORGE AMES BARR
                                7825 Fay Avenue, Suite 200
                                La Jolla, CA 92037
                                Telephone: (858) 456-3572
                                Facsimile:  (858) 536-5903
                                coliver1@san.rr.com