1  CAROLYN L. OLIVER
   California Bar No. 144750
2  LAW OFFICES OF CAROLYN L. OLIVER
   7825 Fay Avenue, Suite 200
3  La Jolla, CA 92037
   Telephone: (858) 456-3572
4  Facsimile:  (858) 536-5903

5  Attorney for Defendant JORGE AMES BARR

6

7

8              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
9                (HON. THOMAS J. WHELAN)

10

   UNITED STATES OF AMERICA,           )   Case No.  08-CR-0895-W
11                                      )
                    Plaintiff,          )   **DECLARATION IN SUPPORT OF**
12  v.                                  )   **REQUEST FOR INTERIM CJA**
                                        )   **ATTORNEY PAYMENT**
13                                      )
   JORGE AMES BARR,                     )
14                                      )
                    Defendant.          )
15  _____ )

16         Carolyn L. Oliver hereby states:

17  1.     I was appointed to represent defendant Jorge Ames Barr, under the provisions of the

18  Criminal Justice Act, 18 U.S.C. section 3006A on approximately March 14, 2008.

19  2.     I am hereby requesting an order permitting me to file interim payment vouchers due to

20  the length and complexity of this case.

21  3.     The sentencing date in this matter is set for September 30, 2008.

22         I declare under penalty of perjury that the above is true and correct to the best of my

23  knowledge.  Executed this 9th day of April 2008, at San Diego, California.

24

25          /s/  Carolyn Oliver_____
            CAROLYN L. OLIVER
26          Attorney for Defendant
            JORGE AMES BARR
27          coliver1@san.rr.com

   1:\Oliver\Barr.xparte-decl 071508.wpd

28