1
2
3
4
5
6
7

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE  ANTHONY J. BATTAGLIA)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Magistrate Case No. 08 mj 798 |
| Plaintiff, | ) | Criminal Case No. 08 cr 895 W |
| | ) | ORDER |
| v. | ) | TO EXONERATE THE APPEARANCE BOND FOR MATERIAL WITNESS |
| | ) | JOSE LUIS CRUZ-QUINONES |
| OCTAVIO RUIZ-GOMEZ et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the presence of Material Witness JOSE LUIS CRUZ-QUINONES be exonerated forthwith and the cash deposit of $500.00 be returned to his surety, SUSAN C. CUZIC at the following address: 1701 Marshall Road #176, Vacaville, California 95687.

    IT IS SO ORDERED.

DATED: July 15, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1