1

2

3

4

5

6

7

8                          UNITED STATE DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                     (THE HONORABLE   ANTHONY J. BATTAGLIA)

11

12  UNITED STATES OF AMERICA,          )
                                       )      Magistrate Case No. 08 mj 798
13                 Plaintiff,          )      Criminal Case No. 08 cr 895 W
                                       )
14                                     )      ORDER
         v.                            )      TO EXONERATE THE APPEARANCE
15                                     )      BOND FOR MATERIAL WITNESS
                                       )      MAURICIO SANCHEZ-CONTRERAS
16  OCTAVIO RUIZ-GOMEZ et. al.,        )
                                       )
17                 Defendant.          )
                                       )
18  _____ )

19

20        IT IS HEREBY ORDERED that the personal surety bond of $10,000.00, which secured the

21  presence of Material Witness MAURICIO SANCHEZ-CONTRERAS be exonerated forthwith and the

22  cash deposit of $1,000.00 be returned to his surety, ANA BERTA AGUILAR at the following address:

23  17622 Cameron Street, Apt. 7, Huntington Beach, CA  92647.

24        IT IS SO ORDERED.

25

26  DATED:  July 16, 2008

27                                         _____
                                           Hon. Anthony J. Battaglia
28                                         U.S. Magistrate Judge
                                           United States District Court

                                           1