FILED

2008 JUL 21  PM 1:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0895-W |
| Plaintiff, ) | **ORDER AUTHORIZING INTERIM** |
| v. ) | **PAYMENTS TO ATTORNEY** |
| ) | **UNDER THE CRIMINAL JUSTICE** |
| ) | **ACT, AND REQUEST TO SEAL** |
| JORGE AMES BARR, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that interim payments be made to attorney, Carolyn L. Oliver, under the Criminal Justice Act;

And further order the request be sealed.

IT IS SO ORDERED.

DATE:  _7/21/08_

_____
JUDGE OF THE U.S. DISTRICT COURT

I:\Oliver\Barr.cjainterim-order 071508.wpd

08-CR-0895-W