UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE  ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>OCTAVIO RUIZ-GOMEZ et. al., )<br>)<br>Defendant. )<br>)<br>_____ ) | Magistrate Case No. 08 mj 798<br>Criminal Case No. 08 cr 895 W<br><br>AMENDED ORDER<br>TO EXONERATE THE APPEARANCE<br>BOND FOR MATERIAL WITNESS<br>MAURICIO SANCHEZ-CONTRERAS |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond of $10,000.00, which secured the presence of Material Witness MAURICIO SANCHEZ-CONTRERAS  be exonerated forthwith and the cash deposit of $1,000.00 be returned to his surety, ANA BERTHA AGUILAR  at the following

//

//

//

1

1  address: 17622 Cameron Street, Apt. 7, Huntington Beach, California 92647.

5  DATED: July 24, 2008

                                   *[signature]*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court